

FILED

12/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0439

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0439

BRIAN MOORE,

Plaintiff and Appellant,

v.

KEVIN R. FROST,

Defendant and Appellee.

FILED

DEC 1 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Upon consideration of Appellant's unopposed Motion for Extension of Time, and good cause shown, Appellant is hereby granted an extension of time until January 19, 2021, within which to file and serve Appellant's reply brief.

No further extensions will be granted.

DATED this 18th day of December, 2020.

For the Court,

_____
Chief Justice